FILED

2022 Jul-08  PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No.:** |
| **v.** | ) | |
| | ) | |
| **EUGENE WALKER, JR.** | ) | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### 18 U.S.C. § 641
(Theft of Government Funds)

From on or about February 2012 until on or about November 2020, in the

Northern District of Alabama, Southern Division, and elsewhere, the defendant,

## EUGENE WALKER, JR.

did knowingly and willfully receive, conceal, and retain money belonging to the

United States and a department and agency thereof, that is the Social Security

Administration, the value of which in the aggregate did exceed the sum of $1,000,

with intent to convert it to his use or gain, knowing it to have been embezzled, stolen,

purloined or converted.

All in violation of Title 18, United States Code, Section 641.

PRIM F. ESCALONA
United States Attorney

/s/ Electronic Signature

Jonathan "Jack" Harrington
Assistant United States Attorney