**FILED**

2022 Aug-11 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:22-cr-226-KOB-NAD |
| Eugene Walker Jr. | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ___08/11/2022___

*Eugene Walker*
_____
Defendant's signature

_____
Signature of defendant's attorney

*Kevin R. Roberts*
_____
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title