FILED

2024 Jun-21  PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FILED

2024 JUN 21  P 4: 19

U.S. DISTRICT COURT
N.D. OF ALABAMA

United States of America,

                Plaintiff,

v.

Eugen Walker, Jr,

                Defendant.

Criminal No. 24-mj-443 DLM

2:22-cr-226-MHH-NAD
ND/AL

**ORDER OF REMOVAL**

The above captioned case was before the undersigned United States Magistrate on June 21, 2024.    Mr. Walker waived the removal and preliminary revocation hearings and is released with conditions.

Based on Mr. Walker's waiver, the court finds that Mr. Walker is the same person named in the warrant filed in the Northern District of Alabama, and he is ordered removed to that district for further proceedings.

Dated: June 21, 2024

                    *s/Douglas L. Micko*
                    Douglas L. Micko
                    United States Magistrate Judge

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### ORDER

FILED

2024 JUN 21 P 4: 19

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | |
| Eugene Walker Jr., | |
| Defendant, | |

Docket No. 0864 0:24-00443M-001(DLM)

2:22-cr-226-MHH-NAD ND/AL

IT IS HEREBY ORDERED that the defendant be released on his own recognizance under the same terms and conditions as imposed in the Northern District of Alabama. Additionally, the defendant shall contact his supervising officer in the Northern District of Alabama within 72 hours of his release on this date.

Dated: 6/21/24

_____
Douglas L. Micko
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

v.

Eugene Walker Jr,

                Defendant,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**COURT MINUTES - CRIMINAL**
BEFORE: DOUGLAS L. MICKO
U.S. MAGISTRATE JUDGE

*[handwritten: 2:22-cr-226-MHH-NAD NDAL]*

| | |
|---|---|
| Case No: | 24-mj-443 DLM |
| Date: | June 21, 2024 |
| Courthouse: | St. Paul |
| Courtroom: | 6B |
| Court Reporter: | Paula Richter |
| Time Commenced: | 2:30 p.m. |
| Time Concluded: | 2:45 p.m. |
| Time in Court: | 15 minutes |

X <u>**REMOVAL HEARING**</u>
X <u>**PRELIMINARY REVOCATION**</u>
X <u>**DETENTION HEARING**</u>
        Time in Court Rem/Prelim Rev/Det: 5 minutes/3 minutes/7 minutes

APPEARANCES:

Plaintiff: Matthew Evans, Assistant U.S. Attorney
Defendant: James Becker
        X FPD

On    Violation of X **Supervised <u>Release</u>**

X **Charges from other District:** Northern District of Alabama - left district without permission; relocated housing without PO permission; contact with law enforcement and was not reported to his PO; missed restitution payments

X  Defendant released on previous and additional conditions. Order forthcoming.

X Defendant waived right to removal and preliminary revocation hearing
X Removal Order to be Issued

Additional Information:

                                  s/ jam
                                Signature of Courtroom Deputy

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                   )    Case No. 24mj443 (DLM)
                                            )
                            Plaintiff,      )    2:22-cr-226-MHH-NAD    ND/AL
                                            )
v.                                          )    **NOTICE OF APPEARANCE**
                                            )
EUGENE WALKER,                              )
                                            )
                            Defendant.      )

Pursuant to the Court's order appointing counsel, the undersigned attorney

hereby notifies the Court and counsel that James S. Becker shall appear as

appointed counsel of record for the above named defendant in this case.


Dated:  June 20, 2024                       s//James S. Becker
                                            JAMES S. BECKER
                                            Attorney ID No.  388222
                                            Attorney for Defendant
                                            Office of the Federal Defender
                                            107 U.S. Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

Case No: 24-mj-443 DLM

v.

ORDER OF PRELIMINARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Eugene Walker Jr,
Defendant.

2:22-cr-226-MHH-NAD
ND/AL

Upon motion of the United States it is ORDERED that a detention/removal

hearing is set for June 21, 2024 at 2:15 p.m. before Magistrate Judge Douglas L. Micko, CR 6B,

Warren E. Burger Building and U.S. Courthouse, St. Paul, Minnesota.   Pending this hearing, the

Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: June 18, 2024                    *s/Douglas L. Micko*
                                        Douglas L. Micko
                                        U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up
to three days upon motion of the Government, or up to five days upon motion of the defendant.
18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the
Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for
the Government or upon the judicial officer's own motion if there is a serious risk that the
defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or
intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Eugene Walker Jr.,

Defendant.

Case No: 24-mj-443 DLM

2:22-cr-226-MHH-NAD ND/AL

**Brady Obligation Order**

Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, in adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: June 18, 2024

*s/Douglas L. Micko*
Douglas L. Micko
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL

|  |  |  |
|---|---|---|
| United States of America, | ) | **COURT MINUTES - CRIMINAL** |
|  | ) | BEFORE: DOUGLAS L. MICKO |
|  | ) | ~~U.S. MAGISTRATE JUDGE~~ |
| Plaintiff, | ) | 2:22-cr-226-MHH-NAD   ND/AL |
| v. | ) | Case No:          24-mj-443 DLM |
|  | ) | Date:              June 18, 2024 |
| Eugene Walker Jr, | ) | Courthouse:        St Paul |
|  | ) | Courtroom:         6B |
| Defendant. | ) | Time Commenced:    2:12 p.m. |
|  | ) | Time Concluded:    2:16 p.m. |
|  | ) | Time in Court:     4 minutes |

APPEARANCES:

Plaintiff: Lauren Roso, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
         X    FPD          X  To be appointed

X  Advised of Rights

on    X  Supervised release violation
X Date charges or violation filed: 6/6/2024
X Current Offense: left district without permission; relocated housing without PO permission; contact with law enforcement and was not reported to his PO; missed restitution payments
X **Charges from other District:** ND of Alabama
X Title and Code of underlying offense from other District:   18:641
X Case no: 2:22-cr-226

X Government moves for detention.
Motion is X  granted, temporary detention ordered.

Next appearance date is Friday, June 21, 2024  at 2:15 p.m. before U.S. Magistrate Judge Douglas L. Micko, CR 6B STP for:
X  Detention hrg   X Removal hrg

Additional Information:

X Oral Rule5(f) Brady notice read on the record.

_____ s/ jam
Signature of Courtroom Deputy

CASE 0:24-mj-00443-DLM   Doc. 8   Filed 06/21/24   Page 1 of 10

CLOSED,RULE5

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:24-mj-00443-DLM-1
### Internal Use Only

2:22-cr-226-MHH-NAD
ND (AL

Case title: USA v. Walker

Date Filed: 06/18/2024

Date Terminated: 06/21/2024

Assigned to: Magistrate Judge
Douglas L. Micko

### Defendant (1)

**Eugene Walker, Jr**
*TERMINATED: 06/21/2024*

represented by **James S Becker**
Office of the Federal Defender
300 South Fourth Street
Suite 107 US Courthouse
Minneapolis, MN 55415
612-664-5858
Fax: 612-664-5850
Email: james_becker@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: katherian_roe@fd.org
*TERMINATED: 06/20/2024*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Opening)

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

1

**Highest Offense Level**
**(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:641 | |

**Plaintiff**

USA                                    represented by **Lauren Olivia Roso**
U.S. Attorney's Office
District of Minnesota
300 South 4th Street
Ste 600 U.S. Courthouse
Minneapolis, MN 55415
612-664-5703
Email: lauren.roso@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/21/2024 | 7 | ORDER OF REMOVAL to Northern District of Alabama as to Eugene Walker, Jr. Signed by Magistrate Judge Douglas L. Micko on 6/21/2024. (ALN) (Entered: 06/21/2024) |
| 06/21/2024 | 6 | Order Modifying Conditions of Supervised Release as to Eugene Walker, Jr. Signed by Magistrate Judge Douglas L. Micko on 6/21/2024. (ALN) (Entered: 06/21/2024) |
| 06/21/2024 | 5 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Removal/Detention Hearing and Preliminary Examination as to Eugene Walker, Jr held on 6/21/2024. Charges from Northern District of Alabama. Counsel present. Defendant released on previous and additional conditions. Order forthcoming. Defendant waived right to removal and preliminary revocation hearing. Removal Order to be Issued. (Court Reporter Paula Richter) (ALN) (Entered: 06/21/2024) |
| 06/20/2024 | 4 | NOTICE OF ATTORNEY APPEARANCE for Eugene Walker, Jr. (Becker, James) (Entered: 06/20/2024) |
| 06/18/2024 | 3 | ORDER OF PRELIMINARY DETENTION as to Eugene Walker, Jr. Detention and Removal Hearing set for 6/21/2024 at 02:15 PM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko Signed by Magistrate Judge Douglas L. Micko on 6/18/2024. (ALN) (Entered: 06/18/2024) |
| 06/18/2024 | 2 | Brady Obligation Order as to Eugene Walker, Jr. Signed by Magistrate Judge Douglas L. Micko on 6/18/2024.(ALN) (Entered: 06/18/2024) |
| 06/18/2024 | 1 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Initial Appearance in Rule 5(c) (3) Proceedings as to Eugene Walker, Jr held on 6/18/2024. |

|  |  | Charged from the Northern District of Alabama. Counsel to be appointed. Defendant ordered temporarily detained. Detention and Removal Hearing set for 6/21/2024 at 02:15 PM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. (Digital Recording) (ALN) (Entered: 06/18/2024) |
| 06/18/2024 |  | Arrest (Rule 5) of Eugene Walker, Jr (ALN) (Entered: 06/18/2024) |