12-5-2024

Case number 2:22 CR-266 FKDBB-KAD-1

Dear: Clerk U.S. District Court

FILED
2024 DEC 10 A.P. 12: 4
U.S. DISTRICT COURT
N.D. OF ALABAMA

How are you doing? Fine I hope.
My name is Eugene Walker Jr. Case number
2:22 CR-266-KOBB-KAD-1.
Social security number ███████
████████████████████ I am writing
you concerning my case. I were sentenced
to three years probation. I have done
one year and eight months. I wanted to
apply for early disfmal from my probation.
    I have comply with everything
with drugs and alcohol testing, staying out of
trouble, and doing what my probation officer
have told me to do.
        I cant find a job,
a house, and i have mental depression.
I have diabetes, vergito dizziness, and
anexiety.
        Can you reconsider my sentenes
To be dissmiss. I promise to keep paying
$50.00 a month back to social security.

P.S. I will Be so thankful and grateful
if you would terminated my probation
and God bless you!!!

                        Eugene Walker Jr.